IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMIRAH RAHMAN-MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17 cv 6203 |
| ) | |
| CITY OF CHICAGO and CHICAGO POLICE ) | |
| OFFICER NICHELLE HARRIS, #10822, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES the Plaintiff, AMIRAH RAHMAN-MUHAMMAD, by and through her counsel, SAMUELS & ASSOCIATES, LTD., and complaining of the defendants, CITY OF CHICAGO and CHICAGO POLICE OFFICER NICHELLE HARRIS, #10822, states as follows:

## INTRODUCTION

This is a civil action seeking damages against defendants for committing acts under color of law, and depriving Plaintiff of her rights secured by the Constitution and laws of the United States.

## JURISDICTION

1. This action is brought pursuant to the Civil Rights Act, 42 U.S.C. § 1983, and the Eighth and Fourteenth Amendments to the United States Constitution. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S.C. § 1331 and 1343 (a); the Constitution of the United States.

## PARTIES

2. PLAINTIFF AMIRAH RAHMAN-MUHAMMAD is a citizen of the United States of America, who, at all times relevant, resided in Cook County, Illinois.

3. DEFENDANT OFFICER NICHELLE HARRIS, #10822 ("Defendant Officer") was, at the time of this occurrence, a duly licensed Chicago Police Officer. She engaged in the conduct complained of in the course and scope of her employment and under color of law. She is sued in her individual capacity.

4. DEFENDANT CITY OF CHICAGO ("City") is a municipal corporation duly incorporated under the laws of the State of Illinois, and is the employer and principal of Defendant Officer.

## FACTS

5. On or around May 28, 2016, Plaintiff AMIRAH RAHMAN-MUHAMMAD attended the Beyoncé Formation World Tour with a friend at Soldier Field.

6. After the concert, they walked back to meet her fiancé who was waiting to pick them up.

7. Defendant Officer used excessive force against Plaintiff AMIRAH RAHMAN-MUHAMMAD, including making forcible contact with her face and body, to stop Plaintiff from getting into the car. At the time, Plaintiff AMIRAH RAHMAN-MUHAMMAD was five months pregnant and visibly showing. The force used against Plaintiff was objectively unreasonable.

8. Plaintiff AMRIAH RAHMAN-MUHAMMAD was then arrested by Defendant Officer. Plaintiff's arrest was made without a warrant. Immediately before she was arrested by the Defendant Officer, Plaintiff was not violating any laws, rules or ordinances. As the Plaintiff was being arrested, she was not violating any laws, rules, or ordinances. There

was no probable cause or justification for the arrest of Plaintiff AMIRAH RAHMAN-MUHAMMAD on May 28, 2016.

9. When Plaintiff's fiancé voiced concerns about leaving his pregnant fiancée with Defendant Officer, who had just assaulted her, Defendant Officer told him that, "you can go to jail too," and arrested him.

10. After arresting Plaintiff AMIRAH RAHMAN-MUHAMMAD, Defendant Officer commenced criminal proceedings against her. There was no probable cause or legal justification to commence criminal proceedings against her.

11. The criminal proceedings against her were subsequently nolle prossed, and their resolution in this manner is consistent with the Plaintiff's innocence.

12. At the time that Plaintiff was arrested, Defendant Officer knew that there was no probable cause or legal justification to arrest her.

13. The acts of Defendant Officer were intentional, willful and wanton.

14. As soon as Plaintiff was released from custody, Plaintiff AMIRAH RAHMAN-MUHAMMAD rushed to the hospital to make sure that her unborn child had not been harmed.

15. Defendant Officer has a history of using excessive force against Black women, including a previous assault against a pregnant woman.

16. As a direct and proximate result of the unlawful actions of the defendants, Plaintiff was injured, including physical injuries, pain and suffering, humiliation, embarrassment, fear, emotional trauma, mental anguish, the deprivation of her constitutional rights and dignity, interference with a normal life, lost time, and attorneys' fees.

### COUNT I: 42 U.S.C. § 1983 – Excessive Force
*Against Defendant Officer*

17. Plaintiff re-alleges the above paragraphs as though fully set forth herein.

18. The actions of the Defendant Officer constituted unreasonable, unjustifiable, and excessive force against Plaintiff, thus violating her rights under the Fourth Amendment to the Constitution of the United States and 42 U.S.C. §1983.

19. As a direct and proximate result of the above-detailed actions of the defendants, Plaintiff was injured, including severe pain, physical injury, mental suffering, anguish and humiliation, emotional distress, and fear.

WHEREFORE the Plaintiff, AMIRAH RAHMAN-MUHAMMAD, purusant to 42 U.S.C. §1983, demands judgment against Defendant Officer for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT II: 42 U.S.C. § 1983 – False Arrest
*Against Defendant Officer*

20. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

21. The actions of Defendant Officer, described above, knowingly caused Plaintiff to be arrested and imprisoned without probable cause or any other justification, constituted a deliberate indifference to Plaintiff's right under U.S. Constitution in violation of the Fourth and Fourteenth Amendment.

22. As a proximate result of the above-detailed actions, Plaintiff was injured, including the deprivation of her liberty and the taking of her person. In addition, the violations proximately caused Plaintiff mental anguish, embarrassment, and humiliation, exposed

her to public scandal and disgrace, and caused her to incur various expenses, including but not limited to attorneys' fees, all to Plaintiff's damage.

WHEREFORE the Plaintiff, AMIRAH RAHMAN-MUHAMMAD, purusant to 42 U.S.C. §1983, demand judgment against Defendant Officer for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

### COUNT III: 745 ILCS 10/9-102 – Indemnification
*Against Defendant City of Chicago*

23. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

24. Defendant City of Chicago is the employer of the Defendant Officer.

25. Defendant Officer committed the acts alleged above under color of law and in the scope of her employment as an employee of the City of Chicago.

WHEREFORE the Plaintiff, AMIRAH RAHMAN-MUHAMMAD, demands that, should Defendant Officer be found liable on one or more of the claims set forth above, pursuant to 745 ILCS 10/9-102, the Defendant CITY OF CHICAGO be found liable for any judgment Plaintiff obtains, as well as attorney's fees and costs awarded.

### COUNT IV: Malicious Prosecution (State Law Claim)
*Plaintiff Rahman-Muhammad Against All Defendants*

26. Plaintiff realleges each of the foregoing paragraphs as if fully set forth here.

27. By the actions detailed above, Defendant Officer knowingly sought to and did in fact maliciously prosecute Plaintiff on false charges for which she knew there was no probable cause.

28. Defendant City is sued in this Count pursuant to the doctrine of *respondeat superior*, in that Defendant Officer performed the actions complained of while on duty and/or in the employ of Defendant City, and while acting within the scope of this employment.

29. As a direct and proximate result of the malicious prosecution, Plaintiff was damaged, including the value of her lost liberty, exposure to public scandal and disgrace, damage to her reputation, mental and emotional suffering, humiliation, embarrassment, and anguish.

WHEREFORE the Plaintiff, AMIRAH RAHMAN-MUHAMMAD, demand judgment against Defendant Officer for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

        Respectfully Submitted,

        AMIRAH RAHMAN-MUHAMMAD

By:   s/ Jeanette Samuels
        One of Plaintiff's Attorneys

Jeanette Samuels
SAMUELS & ASSOCIATES, LTD.
3440 S. Cottage Grove, #504
Chicago, IL 60616
T: 872-588-8726
F: 872-444-3011
E: sam@jsamlaw.com